McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 2:07-CV-02372-LEW-KJM |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER FOR AN |
| ELWYN S. DUBEY, JEANNINE M. ) | EXTENSION OF TIME FOR |
| DUBEY, DUANE A. WOODMAN AS ) | DEFENDANTS ELWYN S. DUBEY AND |
| TRUSTEE FOR GARDEN VALLEY ) | JEANNINE M. DUBEY TO ANSWER OR |
| INVESTMENTS, VAL G. BENTLEY ) | OTHERWISE RESPOND |
| AS TRUSTEE FOR GARDEN VALLEY ) | |
| INVESTMENTS, AMADOR MARTINEZ ) | |
| AS EXECUTOR OF THE ESTATE OF ) | |
| JAMES A. KEISTER, EL DORADO ) | |
| SAVINGS BANK, EL DORADO COUNTY ) | |
| TAX COLLECTOR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America, plaintiff, by counsel undersigned, and Elwyn S. and Jeannine M. Dubey, defendants, hereby stipulate and agree to request an order extending the time for defendants Elwyn and Jeannine Dubey to answer or otherwise respond to the complaint filed by the United States on November 2, 2007, from December 4, 2007, (twenty days after service of the Summons and Complaint) to January 15, 2008.

//

//

The parties so stipulate and agree and request the Court to enter an order in accordance with the foregoing.

                McGREGOR W. SCOTT
                United States Attorney

Dated: November 28, 2007    /s/ G. Patrick Jennings
                G. PATRICK JENNINGS
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 683
                Ben Franklin Station
                Washington, D.C. 20044
                Telephone: (202) 307-6648
                Facsimile: (202) 307-0054
                Guy.P.Jennings@usdoj.gov

Dated: November 28, 2007    /s/ Jeannine M. Dubey (original retained by attorney G. Patrick Jennings)
                Jeannine M. Dubey

Dated: November 28, 2007    /s/ Elwyn S. Dubey (original retained by attorney G. Patrick Jennings)
                Elwyn S. Dubey

**ORDER**

**IT IS ORDERED THAT** the time for defendants Elwyn S. Dubey and Jeannine M. Dubey to answer or respond to the United States' complaint filed on November 2, 2007, is extended to January 15, 2008.

Dated: November 29, 2007
                /s/ Ronald S. W. Lew
                HON. RONALD S. W. LEW
                United States District Judge