IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cv-02372-LEW-KJM |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| ELWYN S. DUBEY;  JEANNINE M. DUBEY; DUANE A. WOODMAN, Trustee for Garden Valley Investments; VAL G. BENTLEY, Trustee for Garden Valley Investments;  AMADOR MARTINEZ, Executor of the Estate of James A. Keister;  ED SANDERSON, Alternate Executor of the Estate of James A. Keister;  EL DORADO SAVINGS BANK;  EL DORADO COUNTY TAX COLLECTOR, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:94-cv-00417-GEB-PAN |
| Plaintiff, | ) | |
| v. | ) | |
| JEANNINE M. DUBEY;  DUANE A. WOODMAN, as Trustee for Pacific Property Management, as Trustee for Garden Valley Investment, as Trustee for Delta Investment; DIXIE WOODMAN;  DAVID WARNER LIVINGSTON, as Trustee for Twin Rivers Investment;  ELWYN S. DUBEY, | ) | |
| Defendants. | ) | |

The United States of America (Government) filed a Notice
of Related Cases on January 18, 2008, in which it states case

number 2:07-cv-02372-LEW-KJM is related to case number 2:94-cv-00417-GEB-PAN, a closed action.  The Government, however, has not shown that re-assignment of the later filed case "is likely to effect a savings of judicial effort or other economies."  E.D. Cal. L.R. 83-123(c).  Therefore, that case will not be re-assigned.

Dated:  February 5, 2008

GARLAND E. BURRELL, JR.
United States District Judge