McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
ADAIR BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 305-7546
E-mail:      guy.p.jennings@usdoj.gov
             adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil No. 2:07-CV-02372-LEW-KJM |
| v. ) | |
| ) | **ORDER APPROVING STIPULATION OF PARTIES** |
| ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, AMADOR MARTINEZ AS EXECUTOR OF THE ESTATE OF JAMES A. KEISTER, EL DORADO SAVINGS BANK, EL DORADO COUNTY TAX COLLECTOR, ) | |
| Defendants. ) | |

Upon the stipulation of the parties, and for good cause shown,

IT IS ORDERED THAT El Dorado Savings Bank's interest in the real property described and referred to in the Complaint as "the Fair Pines Lane Property," which is reflected by a purchase money deed of trust recorded at Book 1646, Page 168 of the Official Records of El Dorado County on June 30, 1978, is prior to that of the United States.

1 IT IS FURTHER ORDERED THAT El Dorado Savings Bank is excused from appearing in Court or otherwise asserting its claim in this case, unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED this 12th day of February, 2008.

/s/ Ronald S. W. Lew
Hon. Ronald S.W. Lew,
U.S. Senior District Court Judge