IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ELWYN S. DUBEY; JEANNINE M. DUBEY; DUANE A. WOODMAN, as trustee for Garden Valley Investments; EL DORADO SAVINGS BANK; and EL DORADO COUNTY TAX COLLECTOR,<br><br>        Defendants.<br>_____/ | No. 2:07-CV-02372 JAM KJM<br><br><u>Memorandum of Opinion<br>        and Order</u> |

The matter before the court is the United States of America's ("plaintiff") unopposed motion for leave to amend the operative complaint pursuant to Rule 15(a).[1]  After carefully considering the papers submitted in this matter, it is hereby ordered that leave to amend the complaint, pursuant to Rule

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs.  E.D. Cal. L.R. 78-230(h).

1

PDF created with pdfFactory trial version www.pdffactory.com

15(a), is GRANTED.  Plaintiff is to file its amended complaint within ten days of service of this order.

    IT IS SO ORDERED.

    Dated:  May 9, 2008

                                      /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com