McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
ADAIR BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648
            (202) 305-7546
E-mail:     guy.p.jennings@usdoj.gov
            adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 2:07-CV-02372 JAM KJM  PS |
| v. | ) | |
| ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, EL DORADO SAVINGS BANK, EL DORADO COUNTY TAX COLLECTOR, | ) | **ORDER GRANTING UNITED STATES' MOTION FOR CONTINUANCE OF HEARING** |
| Defendants. | ) | |

Upon good cause shown,

IT IS HEREBY ORDERED THAT the hearing currently set for July 23, 2008, at 10:00 AM on the United States' Motion to Compel is continued to August 6, 2008, at 10:00 AM.

IT IS SO ORDERED this 21st day of July, 2008.

_____
U.S. MAGISTRATE JUDGE