IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                 No. CIV 07-2372 JAM KJM

    vs.

ELWYN DUBEY, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff's motion to compel further responses to interrogatories and production of documents came on regularly for hearing August 6, 2008 . Adair Burroughs appeared for plaintiff. Elwyn S. Dubey and Jeannine Dubey appeared in propria person. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to compel is granted. Answers to interrogatories and responsive documents shall be produced, without objection, no later than August 27, 2008.

DATED: August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

006
usa-dubey.oah

1