1  McGREGOR W. SCOTT
   United States Attorney
2
   G. PATRICK JENNINGS
3  ADAIR BOROUGHS
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683
5  Ben Franklin Station
   Washington, D.C.  20044-0683
6  Telephone:   (202) 307-6648
                (202) 305-7546
7  E-mail:      guy.p.jennings@usdoj.gov
                adair.f.boroughs@usdoj.gov
8
   Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Civil No. 2:07-CV-02372-JAM-KJM |
| v. | ) |
| ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, EL DORADO SAVINGS BANK, EL DORADO COUNTY TAX COLLECTOR, | ) **ORDER GRANTING UNITED STATES' REQUEST FOR COUNSEL TO APPEAR BY PHONE** |
| Defendants. | ) |

Upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Request For Counsel to Appear by Phone is GRANTED.  Counsel for the United States may appear by phone at the hearing on the United States' Motion to Extend Discovery scheduled for October 15, 2008, at 9:00 A.M.

IT IS SO ORDERED this 8th day of October, 2008.

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge