IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, EL DORADO SAVINGS BANK, EL DORADO COUNTY TAX COLLECTOR, CALIFORNIA FRANCHISE TAX BOARD,<br><br>　　　　Defendants. | Civil No. 2:07-CV-02372-JAM-KJM<br><br><u>ORDER GRANTING UNITED STATES'<br>　MOTION TO EXTEND DISCOVERY</u> |

Upon good cause shown,

　　IT IS HEREBY ORDERED THAT discovery is extended by sixty (60) days. All discovery must be completed by December 1, 2008.

　　IT IS SO ORDERED.

Dated: October 16, 2008

　　　　　　　　　　　　　　　　　　　　　／s／ John A. Mendez
　　　　　　　　　　　　　　　　　　　　JOHN A. MENDEZ,
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com