LAWRENCE G. BROWN
United States Attorney

G. PATRICK JENNINGS
ADAIR BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
                       (202) 305-7546

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | Civil No. 2:07-CV-02372-JAM-KJM |
|        v. ) | |
| ELWYN S. DUBEY, JEANNINE M. ) DUBEY, DUANE A. WOODMAN AS ) TRUSTEE FOR GARDEN VALLEY ) INVESTMENTS, EL DORADO SAVINGS ) BANK, EL DORADO COUNTY TAX ) COLLECTOR, CALIFORNIA FRANCHISE) TAX BOARD, ) | **STIPULATION AND REQUEST FOR ORDER DISMISSING EL DORADO SAVINGS BANK** |
|        Defendants. ) | |

The United States of America and El Dorado Savings Bank, by counsel undersigned, hereby stipulate and agree as follows:

1.     The property located at 8258 Fair Pines Lane, Garden Valley, California (referred to in the Complaint and herein as the "Fair Pines Lane Property") is situated in the County of El Dorado, State of California, and is more particularly described as follows:

> PARCEL 4, as said parcel is shown on that certain Parcel Map entilted "A PORTION OF THE N.E. 1/4 OF THE S.W. 1/4 SECTION OF 35, T. 12 N., R. 10 E., M.D.M" filed in the office of the County Recorder of said County on November 9, 1977, in Book 18 of Parcel Maps at Page 3.

2.      The United States claims that federal tax liens and a judgment lien, which are identified in the Amended Complaint in the above-captioned matter, encumber the Fair Pines Lane Property.  The first of these federal tax liens arose on August 23, 1985.

3.      On June 30, 1978, a purchase money deed of trust against the Fair Pines Lane Property was recorded at Book 1646, Page 168 of the Official Records of El Dorado County (hereinafter "deed of trust") by El Dorado Savings Bank to secure a promissory note in the amount of $95,700.

4.      On February 12, 2008, the United States and El Dorado Savings Bank filed a Stipulation and Request for Order agreeing that the deed of trust referred to in Paragraph 3 had priority over the federal tax liens and judgment lien at issue in the above-captioned action (Docket No. 32).

5.      Since the filing of that stipulation the promissory note secured by the deed of trust referred to in Paragraph 3 has been paid in full.  Thus, El Dorado Savings Bank no longer has a lien on the Fair Pines Lane Property.

6.      El Dorado Savings Bank hereby disclaims any interest in the Fair Pines Lane Property.

7.      As El Dorado Savings Bank has no interest in the property that is the subject of this suit, El Dorado Savings Bank and the United States hereby agree to dismiss this action against El Dorado Savings Bank.

//
//
//
//
//
//
//
//

Stipulation and Request for Order

The parties so agree and request an order confirming the foregoing.

Lawrence G. Brown
United States Attorney

Dated: March 3, 2009                    /s/ Adair F. Boroughs
                                        Adair F. Boroughs
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice


                                        Hefner, Stark & Marois, LLP

Dated: February 24, 2009                /s/ Thomas P. Griffin, Jr. (as authorized
                                         on 2/24/09)
                                        Thomas P. Griffin, Jr.
                                        Attorneys for Defendant
                                        El Dorado Savings Bank, Inc.


**IT IS SO ORDERED.**

DATED this 3rd day of March, 2009.


                                        /s/ John A. Mendez
                                        JOHN A. MENDEZ
                                        U.S. District Court Judge