UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

United States of America

    v.

Elwyn Dubey, et al.

_____

DEFAULT JUDGMENT

Case No. CIV S-07-2372 JAM KJM

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Duane Woodman**

July 27, 2009

          VICTORIA C. MINOR, CLERK

          By:  /s/ K. Engbretson
          K. Engbretson, Deputy Clerk