LAWRENCE G. BROWN
United States Attorney

G. PATRICK JENNINGS
ADAIR BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
             (202) 305-7546

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Civil No. 2:07-CV-02372-JAM-KJM |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| ELWYN S. DUBEY, JEANNINE M. ) | |
| DUBEY, DUANE A. WOODMAN AS ) | |
| TRUSTEE FOR GARDEN VALLEY ) | |
| INVESTMENTS, EL DORADO COUNTY ) | |
| TAX COLLECTOR, CALIFORNIA ) | |
| FRANCHISE TAX BOARD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On May 8, 2009, the Court granted the United States' Motion for Summary Judgment and determined that the transfers of four parcels of real property[1] were fraudulent. (Docket No. 88, the "Order".)   The Order voided the transfers of the subject property from Elwyn S. Dubey and Jeannine M. Dubey to Duane A. Woodman as trustee for Garden Valley Investments, and permitted the United States to foreclose its tax and judgment liens upon the subject property.

On July 7, 2009, the Court entered an order (Docket No. 112) determining that

---

[1] The properties are identified in the complaint filed in this case, paragraphs 5 through 8, hereinafter the "subject property."

1  judgment by default should be entered against Duane A. Woodman as trustee for Garden
2  Valley Investments.
3       On April 10, 2009, the United States and the El Dorado County Tax Collector filed a
4  stipulation as to the priority of the interest of the Tax Collector, and the Court so ordered.
5  (Docket No. 84.)  The United States and the El Dorado County Tax Collector shall submit a
6  proposed order of distribution after the sale.  On June 23, 2008, the California Franchise Tax
7  Board filed a disclaimer of its interest in the subject property.  (Docket No. 53.)
8       The United States in this action is enforcing a judgment obtained in a previous action
9  against Elwyn S. Dubey and Jeannine M. Dubey.   United States v. Dubey, No. S-94-0417-
10 GEB-PAN (E.D. Cal., December 21, 1998).
11      **IT IS HEREBY ORDERED AND ADJUDGED THAT** judgment is hereby entered in
12 favor of the United States and against Elwyn S. Dubey and Jeannine M. Dubey. The
13 transfers of the property identified above from Elwyn S. Dubey and Jeannine M. Dubey are
14 hereby set aside as fraudulent and void.  The United States is entitled to enforce its tax and
15 judgment liens against the subject property, which will be sold pursuant to further order of
16 this Court.
17      **IT IS HEREBY ORDERED AND ADJUDGED THAT** judgment by default is hereby
18 entered in favor of the United States and against Garden Valley Investments, which has no
19 interest in the subject property.
20      The United States may recover its costs of this action from Elwyn S. Dubey and
21 Jeannine M. Dubey.
22      **IT IS SO ORDERED.**
23
24 Dated: August 28, 2009         /s/ John A. Mendez
                                  John A. Mendez
25                                United States District Judge
26
27