BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
ADAIR BOROUGHS
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
                       (202) 305-7546
E-mail:        guy.p.jennings@usdoj.gov
                    adair.f.boroughs@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Civil No. 2:07-CV-02372-JAM-KJM |
| v. ) | |
| ) | **ORDER GRANTING UNITED STATES'** |
| ELWYN S. DUBEY, JEANNINE M. ) | **REQUEST FOR COUNSEL TO APPEAR** |
| DUBEY, DUANE A. WOODMAN AS ) | **BY PHONE** |
| TRUSTEE FOR GARDEN VALLEY ) | |
| INVESTMENTS, EL DORADO SAVINGS ) | |
| BANK, EL DORADO COUNTY TAX ) | |
| COLLECTOR, ) | |
| ) | |
| Defendants. ) | |

Upon good cause shown,

IT IS HEREBY ORDERED THAT the United States' Request For Counsel to Appear by telephone is GRANTED.  Counsel for the United States may appear by phone at the hearing on the at the hearing on the United States' Motion for Order of Judicial Sale scheduled for March 17, 2010, at 9:30 A.M.

IT IS SO ORDERED this 3rd day of March, 2010.

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge