

SEP 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, EL DORADO COUNTY TAX COLLECTOR,<br><br>    Defendants. | Civil No. 2:07-CV-02372-JAM-KJM<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR CONFIRMATION OF SALE OF DEL ORO LANE PROPERTY** |

The United States moves to confirm the sale of property to pay a federal tax judgment. The property is located off Del Oro Lane in the proximity of Coloma, California, is situated in the County of El Dorado, State of California, and is more particularly described as follows:

> A portion of the Northeast quarter of the Northwest quarter, and the Northwest quarter of the Northeast quarter of Section 13, Township 11 North, Range 9 East, M.D.B.&M., described as follows:
>
> BEGINNING at the Northeast corner of said Section 13; thence along the North line of said Section 13 North 89o 42' 30" West 1532.11 feet; thence leaving said North line South 0o 17' 30" West 368.74 feet to the true point of beginning, the Northeast corner of the herein described parcel of land; thence continuing South 0o 17' 30" West 355.94 feet to the Southeast corner; thence North 89o 42' 30" West 825.85 feet; thence South 0o 17' 30" West 9.68 feet; thence South 43o 06' West 114.27 feet to a point in the center line of the South Fork of the American River; thence along the center line of said River North 55o 16' 20" West 253.09 feet, and North 47o 44' West 238.48 feet; thence leaving said River North 42o 47' East 131.28 feet, thence North 0o 17' 30" East 50.03 feet; thence South 89o 42' 30" East 1200.87 feet to the true point of beginning, the Northeast corner of the herein described parcel of land.
> According to a survey by K. Nelson, L.S. 2822.
>
> EXCEPTING THEREFROM all that portion thereof described as follows: A portion of the Northeast quarter of the Northwest quarter and the Northwest quarter of the Northeast quarter of Section 13, Township 11 North, Rage 9 East, M.D.B.&M., described as follows:

      BEGINNING at the Northeast corner of Seciton 13; thence along the North line of said Section 13 North 89o 42' 30" West 1532.11 feet; thence leaving said North line South 0o 17' 30" West 527.81 feet to the true point of beginning, the Northeast corner of the herein described parcel of land; thence continuing South  0o 17' 30" West 196.87 feet to the Southeast corner; thence North 89o 42' 30" West 825.85 feet; thence South 0o 17' 30" West 9.68 feet; thence South 43o 06' West 114.27 feet to a point in the centerline of the South Fork of the American River; thence along said centerline North 55o 16' 20" West 246.57 feet; thence leaving said centerline of River North 42o 48' East 130.42 feet; of beginning, the Northeast corner of the herein described parcel of land.
According to a survey by K. Nelson, L.S. 2822.

      TOGETHER with the non-exclusive right of way as set forth in Grant to Dieter A. Doemelt, et ux.; recorded October 7, 1970, in Book 1010 of Official Records, at page 327, as contained in Grant to Don C. Brooks, et ux., recorded October 27, 1971, in Book 1085 of Official Records, at page 379.

(herein referred to as the "Del Oro Lane Property")

The Court finds that the sale of the Del Oro Lane Property was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Court's Order of Judicial Sale. (Dkt. 133). Accordingly, the motion is **GRANTED**, and,

**IT IS ORDERED THAT** the sale on June 30, 2014, of the Del Oro Lane Property was properly conducted.  The sale is hereby confirmed.

**IT IS FURTHER ORDERED THAT** the Internal Revenue Service is authorized to execute and deliver to the purchaser a Certificate of Sale and Deed conveying the property to him or to his assignee.

**IT IS FURTHER ORDERED THAT**, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Del Oro Lane Property that are held or asserted in this action by the plaintiff or any of the defendants, or any successor-in-interest to any defendant, are discharged.  On delivery of the Certificate of Sale and Deed, the Del Oro Lane Property shall be free and clear of the interests of the following defendants: Elwyn S. Dubey, Jeannine M. Dubey, Duane Woodmand as Trustee for Garden Valley Investments, and the California Franchise Tax Board.  The purchasers take the respective property free and clear of any claim by a successor-in-interest to any of the listed

defendants.

**IT IS FURTHER ORDERED THAT** possession of the property sold shall be yielded to the purchasers upon the production of a copy of the Certificate of Sale and Deed; and if there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the property to the purchasers.

**IT IS FURTHER ORDERED THAT** that the Clerk shall disburse the proceeds of the sale from the Court's registry in the following manner:

First, to the United States – for expenses of sale in the amount of $589.90, made payable to the "Internal Revenue Service," and sent to

> Internal Revenue Service,
> Attn: Hallie Lipscomb, PALS, SA-5209,
> 4330 Watt Avenue,
> Sacramento, CA 95660

Second, to El Dorado County – for unpaid real property taxes, in the amount of $3467.37, made payable to the "El Dorado County Tax Collector" and noting "APN 105-080-20-100" and sent to

> El Dorado County Tax Collector
> 360 Fair Lane,
> Placerville, CA 95667

Third, to the United States – all remaining deposited funds with interest, without deducting registry fees, payable to the "U.S. Department of Justice" and sent to:

> Department of Justice ATTN: TAXFLU,
> P.O. Box 310 - Ben Franklin Station,
> Washington, D.C. 20044

for application to the judgment for unpaid federal taxes against Elwyn S. Dubey and Jeannine M. Dubey.

**IT IS SO ORDERED.**

Dated: September 15, 2014

JOHN A. MENDEZ
U.S. District Court Judge

- 3 -