**FILED**

MAR 11 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 2:07-CV-02372-JAM-KJM |
| Plaintiff, | |
| v. | **AMENDED ORDER OF DISTRIBUTION** |
| ELWYN S. DUBEY, JEANNINE M. DUBEY, DUANE A. WOODMAN AS TRUSTEE FOR GARDEN VALLEY INVESTMENTS, EL DORADO COUNTY TAX COLLECTOR, | |
| Defendants. | |

The United States moves to amend an order confirming two sales (Doc. 151). For good cause shown,

**IT IS ORDERED THAT** that the Clerk shall disburse the proceeds of the sale from the Court's registry in the following manner:

First, to the United States – for expenses of sale in the amount of $1,770.80, made payable to the "Internal Revenue Service," and sent to

> Internal Revenue Service,
> Attn: Hallie Lipscomb, PALS, SA-5209,
> 4330 Watt Avenue,
> Sacramento, CA 95660

Second, to El Dorado County – (1) for unpaid real property taxes for the Fair Pines Lane Property, in the amount of $18,868.58, made payable to the "El Dorado County Tax Collector" and noting "APN 060-440-34-100" and (2) for unpaid real property taxes for the Buckeye Cabin Property, in the amount of $2,227.82, made payable to the "El Dorado County Tax Collector" and noting "APN 062-251-04-100" and both sent to the

> El Dorado County Tax Collector
> 360 Fair Lane,
> Placerville, CA 95667

Third, to buyer Peter Miller for unpaid taxes for unpaid real property taxes for the Fair Pines Lane Property in the amount of $264.96; made payable to "Peter L. Miller" and sent to:

>Peter L. Miller
>918 Amelia Court
>Windsor, CA 95492

Fourth, to buyer Lane Schoch for unpaid real property taxes for the Buckeye Cabin Property, in the amount of $44.33; and sent to made payable to "Lane Schoch" and sent to

>Lane Schoch
>5300 Lone Jack Lane
>Garden Valley, CA 95633

Fifth, to the United States – all remaining deposited funds with interest, without deducting registry fees, payable to the "U.S. Department of Justice" and sent to:

>Department of Justice ATTN: TAXFLU,
>P.O. Box 310 - Ben Franklin Station,
>Washington, D.C. 20044

for application to the judgment for unpaid federal taxes against Elwyn S. Dubey and Jeannine M. Dubey.

The remaining terms of the Order at docket number 151 remain in effect.

**IT IS SO ORDERED.**

Dated: March 11, 2015

Hon. JOHN A. MENDEZ
U.S. District Court Judge

- 2 -