**FILED**

AUG 1 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-cv-02372-JAM-CKD |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR DISBURSEMENT OF PROCEEDS** |
| ELWYN S. DUBEY; JEANNINE M. DUBEY; ET AL., | |
| Defendants. | |

All funds returned to the Clerk in connection with the Court's previous Order [Doc. #156] shall be payable to the "U.S. Department of Justice" and sent to:

> Department of Justice ATTN: TAXFLU
> P.O. Box 310 - Ben Franklin Station
> Washington, D.C. 20044

IT IS SO ORDERED.

Dated: August 10, 2015

Hon. John A. Mendez
U.S. District Court Judge

1